No. 257. STANDARD OIL CO. *v.* BONICI. October 9, 1939. It appearing that the judgment has been paid and that the cause has become moot the petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is denied. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application.

*Messrs. Vernon S. Jones* and *Raymond Parmer* for petitioner. No appearance for respondent.